Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
THE POWELL LAW FIRM
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, NV 89148
paul@tplf.com
mkristof@tplf.com
Phone: (702) 728-5500
Facsimile: (702) 728-5501
Attorneys for THOMAS SIPAN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS SIPAN, individually,

            Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, individually, DOES I-
X, and ROE CORPORATIONS I-X,

            Defendants.

    )
    )
    )
    )
    )
    )
    )
    )
    )
    )
    )

2:19-cv-00604-RFB-DJA

**STIPULATION AND ORDER TO EXTEND
DISCOVERY DEADLINES
THIRD REQUEST**

***SCHEDULING CONFERENCE
REQUESTED***

       Plaintiff, THOMAS SIPAN, by and through his attorneys, PAUL D. POWELL, ESQ.,

MICHAEL A. KRISTOF, ESQ., JUSTIN W. WUILSON, ESQ. of THE POWELL LAW FIRM, and,

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its

attorney, BENJAMIN J. CARMAN, ESQ., of the law firm CARMAN COONEY FORBUSH PLLC,

and, hereby stipulate and agree to continue the discovery dates in this matter and request that the court

enter a new Discovery Scheduling Order containing said agreed-upon dates.

**A.  STATEMENT SPECIFYING THE DISCOVERY COMPLETED**

       1. Defendant served its Initial Disclosures pursuant to LR 26-1 and FRCP 26(a)(1) on

August 20, 2019.

2. Plaintiffs served her Initial Disclosures pursuant to LR 26-1 and FRCP 26(a)(1) on July 26, 2019.

3. Plaintiff served her First Set of Requests for Admission, First Set of Interrogatories, and First Set of Requests for Production of Documents on September 9, 2019.

4. Defendant served its Responses to Plaintiff's First Set of Requests for Admissions, First Set of Interrogatories, and First Set of Requests for Production of documents on October 28, 2019.

5. Defendant served an Amended Notice of Taking the Deposition of Plaintiff on December 17, 2019.

6. Defendant served its First Set of Requests for Admission, First Set of Requests for Production of Documents, and First Set of Interrogatories on July 24, 2019.

7. Plaintiff served her Responses to Defendant's First Set of Requests for Admission, First Set of Requests for Production of Documents, and First Set of Interrogatories on December 17, 2019.

8. State Farm has obtained numerous sets of medical records from various healthcare providers identified by Mr. Sipan, both in Nevada and in Arizona.

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Deposition of Plaintiff THOMAS SIPAN:

2. Deposition of Defendant Person Most Knowledgable of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY:

3. Deposition of Dr. Lyle Young, M.D. (scheduled for March 17, 2020, in Arizona)

4. Deposition of Laurie Robinson (pending for a date in March, 2020, in Arizona)

5. Disclosure of Plaintiff's Experts:

6.  Disclosure of Defendant's Experts:

7.  Depositions of Plaintiff's Experts:

8.  Depositions of Defense Experts:

9. Depositions of the Person Most Knowledgeable from Plaintiff's medical providers relevant to treatment rendered to Plaintiff since the date of this

accident;

10. Obtain significant records related to Plaintiff's current treatment and condition;

11. Any other discovery which may be determined as relevant and necessary by the parties;

**C.  THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

Upon information and belief, Plaintiff is currently hospitalized as a result of his psychological condition.  He is severely suicidal, and unable to leave the facility he's being housed at.  Plaintiff is difficult to contact and is in no condition to presently participate in this litigation. State Farm had previously set Mr. Sipan's deposition for early January, but had to take it off calendar given the nature of Mr. Sipan's condition and lack of availability.

Consequently, Plaintiff's mother is attempting to become his legal guardian.  Upon information and belief, there is a hearing in Arizona Superior Court to address this issue set for the middle of March.

By extending discovery, the parties will have sufficient time to address further developments to Plaintiff's situation accordingly.  The following is a list of current discovery deadlines and the parties' proposed extended deadlines.

**D.  A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |

| | | |
|---|---|---|
| Discovery Cut-Off | 04/27/2020 | 10/27/2020 |
| Initial Expert Disclosures | 02/27/2020 | 08/27/2020 |
| Rebuttal Expert Disclosure Pursuant to FRCP 26(a)(2) | 03/27/2020 | 09/27/2020 |
| Dispositive Motions | 05/27/2020 | 11/27/2020 |
| Pre-Trial Order | 06/29/2020 | 12/29/2020 |

**E.  THE CURRENT TRIAL DATE**

A jury trial date has not been set.

**F.    SAID REQUEST IS NOT BEING MADE FOR THE PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL IN THIS MATTER.**

**SO AGREED.**

DATED this 28th day of February, 2020.

THE POWELL LAW FIRM

By: */s/ Paul D. Powell*
Paul D. Powell, Esq.
Nevada Bar No. 7488
Michael A. Kristof, Esq.
Nevada Bar No. 7780
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Attorneys for Plaintiff

CARMAN COONEY FORBUSH PLLC

By: */s/ Benjamin Carman*
Nevada Bar No. 12565
4045 Spencer Street, A47
Las Vegas, Nevada 89119
Attorney for Defendant

**ORDER**

IT IS SO ORDERED:

IT IS FURTHER ORDERED that should the parties wish the Court to conduct a scheduling conference as suggested in the title of this stipulation, the parties shall file a stipulation and order setting forth the reasons for such a conference.

DATED: March 2, 2020.

_____
Daniel J. Albregts
United States Magistrate Judge