Paul D. Powell (#7488)
Ryan T. O'Malley (#12461)
Thomas W. Stewart (#14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone 702.728.5500 | Fax 702.728.5501
paul@tplf.com; jared@tplf.com; romalley@tplf.com; tstewart@tplf.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS SIPAN, individually, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOES I-X, and ROE CORPORATIONS, I-X, <br><br> Defendants. | Case No.: 2:19-cv-00604-RFB-DJA <br><br> **STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. #30)** <br><br> **(FIRST REQUEST)** |

Thomas Sipan ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant") stipulate to extend the time for Plaintiff to oppose Defendant's Motion for Partial Summary Judgment (Doc. #30). Tom W. Stewart has been the attorney principally involved in representing Plaintiff in this case. In the early morning hours of May 17, 2021, Mr. Stewart's wife gave birth to their first child, a healthy baby girl. This happy development has placed sudden and unexpected demands on Mr. Stewart's schedule, thereby occasioning this request for a brief extension to oppose Defendant's Motion for Partial Summary Judgment. Defendant has graciously stipulated to the extension.

. . .

. . .

. . .

Therefore, the parties respectfully request that the deadline for Plaintiff to oppose Defendant's Motion for Partial Summary Judgment be extended by one week to May 24, 2021.

DATED this 17th day of May, 2021.   DATED this 17th day of May, 2021.

**THE POWELL LAW FIRM**   **CARMAN COONEY FORBUSH PLLC**

/s/Ryan O'Malley
Paul D. Powell (#7488)
Ryan T. O'Malley (#12461)
Thomas W. Stewart (#14280)
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

/s/Benjamin Carman
Benjamin J. Carman (#12565)
4045 Spencer Street, Suite A47
Las Vegas, Nevada 89119
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED**.

DATED: May 19, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court