Paul D. Powell (#7488)
Ryan T. O'Malley (#12461)
Thomas W. Stewart (#14280)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
Phone 702.728.5500 | Fax 702.728.5501
paul@tplf.com; jared@tplf.com; romalley@tplf.com; tstewart@tplf.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS SIPAN, individually,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOES I-X, and ROE CORPORATIONS, I-X,<br><br>Defendants. | Case No.: 2:19-cv-00604-RFB-DJA<br><br>**STIPULATION TO EXTEND TIME TO OPPOSE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DOC. #30)**<br><br>**(SECOND REQUEST)** |

Thomas Sipan ("Plaintiff") and State Farm Mutual Automobile Insurance Company ("Defendant") stipulate to extend the time for Plaintiff to oppose Defendant's Motion for Partial Summary Judgment (Doc. #30). Plaintiff's counsel attempted to file Plaintiff's Response to Defendant's Motion for Partial Summary Judgment on May 24, 2021. However, due to an apparent error on the part of counsel, the response was not submitted. The parties therefore stipulate to allow Plaintiff to file the Response today, May 26, 2021. The Response is being filed concurrently with this stipulation. The parties stipulate that the deadline for Defendant's reply will run from today's date.

. . .

. . .

. . .

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 26th day of May, 2021. | DATED this 26th day of May, 2021. |
| **THE POWELL LAW FIRM** | **CARMAN COONEY FORBUSH PLLC** |
| /s/Ryan O'Malley | /s/Benjamin Carman |
| Paul D. Powell (#7488) | Benjamin J. Carman (#12565) |
| Ryan T. O'Malley (#12461) | 4045 Spencer Street, Suite A47 |
| Thomas W. Stewart (#14280) | Las Vegas, Nevada 89119 |
| 8918 Spanish Ridge Avenue, Suite 100 | *Attorneys for Defendant* |
| Las Vegas, Nevada 89148 | |
| *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED**.

DATED: May 28, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court