

**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SIPAN, individually,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X,<br><br>    Defendants | 2:19-cv-00604-RFB-DJA<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER BY ONE WEEK** |

Pursuant to Local Rule IA 6-1 and II 26-4, Defendant State Farm Mutual Automobile Insurance Company and Plaintiff Thomas Sipan, by and through their respective counsel of record, stipulate to a seven day extension of the deadline to file the joint pretrial order in this matter.  Trial counsel have been unable to find

1  an agreeable time to meet and confer over the substantial volume of exhibits and
2  issues to be tried in this matter.  Plaintiff's counsel is still in the middle of a jury
3  trial in the eighth judicial district court, and defense counsel had an unusually
4  hectic calendar hampered by the sudden rupture of a waste water drain line over
5  his desk and computer.

6      The parties seek a modest seven day extension from the court's deadline to
7  submit the joint pretrial order to accommodate the schedules of both counsel.
8  Neither party anticipates that any further deadlines would be requested or
9  warranted thereafter.

10

11  DATED   March 16, 2022              DATED   March 16, 2022

12  **CARMAN COONEY FORBUSH PLLC**        **THE POWELL LAW FIRM**

13  /s/Benjamin J. Carman                 /s/Tom Stewart
    BENJAMIN J. CARMAN, ESQ.              PAUL D. POWELL, ESQ.
14  ROBERT T. HERNANDEZ, ESQ.             TOM STEWART, ESQ.
    Attorneys for Defendant               Attorneys for Plaintiff
15  State Farm Mutual Automobile          Thomas Sipan
    Insurance Company

16

17                           **ORDER**

18  **IT IS SO ORDERED.**

19  Dated: __March 20, 2022__



RICHARD E. BOULWARE, II
United States District Court

# **CERTIFICATE VIA CM/ECF**

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH, PLLC, and that on March 16, 2022, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER BY ONE WEEK**

**Person(s) Served:**

Paul D. Powell, Esq.
Tom Stewart, Esq.
Jared C. Powell, Esq.
**The Powell Law Firm**
8918 Spanish Ridge Ave.,
Suite 100
Las Vegas, NV 89148
Attorney for Plaintiff,
Thomas Sipan

/s/ Pierra Graham-Blanchard

_____

**CARMAN COONEY FORBUSH PLLC**