Paul D. Powell, Esq. (SBN 7488)
Ryan T. O'Malley, Esq. (SBN 12461)
Tom W. Stewart, Esq. (SBN 14280)
Jared D. Powell, Esq. (SBN 15086)
**THE POWELL LAW FIRM**
8918 Spanish Ridge Avenue, Suite 100
Las Vegas, Nevada 89148
paul@tplf.com | romalley@tplf.com
tstewart@tplf.com | jared@tplf.com
Phone (702) 728-5500 | Fax (702) 728-5501
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SIPAN, individually, | Case no. 2:19-cv-00604-RFB-DJA |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually; DOES I-X, and ROE CORPORATIONS I-X, | **JOINT PRETRIAL ORDER** |
| Defendant. | |

After pretrial proceedings in this cause,

IT IS SO ORDERED:

## I.
## NATURE OF THE ACTION

This is an action for the alleged breach of an insurance contract for uninsured motorist coverage arising from a motor vehicle accident that occurred on February 23, 2015, including related claims of bad faith and violations of NRS 686A.310.

## II.
## STATEMENT OF JURISDICTION

Defendant removed this action to the United States District Court from the District of Nevada on April 9, 2019, pursuant to 28 U.S.C. § 1441(b). Defendants' removal of this action was timely pursuant to 28 U.S.C. § 1446(b)(3).

This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because Plaintiff is and was at all relevant times a domiciliary of the State of Nevada, the amount in controversy exceeds $75,000.00 exclusive of costs and interest, and Defendant is and was at all relevant times a corporation duly incorporated in the State of Illinois and with a principal place of business in the State of Illinois.

The parties admit that the venue is properly laid in the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1391(b)(2).

### III.
### ADMITTED FACTS

The following facts are admitted by the parties and require no proof:

1. State Farm Mutual Automobile Insurance Company issued policy number 0301-146-28D to Laurie Robinson, mother of Thomas Sipan, with a medical payments line of coverage limit of $1,000 and an uninsured motorist liability line of coverage of $250,000 per person.

2. On or about February 23, 2015, Plaintiff Thomas Sipan was lawfully present at the crosswalk, located in Clark County.

### IV.
### UNCONTESTED FACTS

The following facts, though not admitted, will not be contested at trial by evidence to the contrary:

1. On February 23, 2015, as he was riding his bicycle, Plaintiff was struck by a motor vehicle while in a crosswalk in Clark County, Nevada. The identity and or vehicle that stuck Plaintiff have not been identified.

### V.
### CONTESTED FACTS

The following are issues of facts to be tried and determined upon trial:

1. Whether Defendant breached its obligations under the insurance contract by failing to pay the value of the claim;

2. The value of the plaintiff's claim;

3. Whether Defendant's liability to Plaintiff was reasonably clear at the time of Plaintiff's demands;

4. Whether Defendant had a reasonable basis for its evaluation of plaintiff's claim;

5. Whether Defendant knew or should have known the basis for its decision on plaintiff's claim was unreasonable;

6. Whether Defendant failed to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim;

7. Whether Defendant's failure to effectuate a prompt, fair, and equitable settlement of Plaintiff's claim was done with the prior knowledge or permission of an officer, director, or department head.

8. Whether Defendant's decision to breach its duty of good faith and fair dealing to Plaintiff was done with an intent to deprive Plaintiff of his benefits under the insurance contract;

9. Whether Defendant acted with malice, fraud, or oppression in its handling and evaluation of Plaintiff's claim;

10. Whether Plaintiff's medical expenses were necessarily incurred as a result of the subject accident;

11. Whether such medical expenses were reasonable and customary;

12. Whether Plaintiff will be reasonably certain to incur medical expenses in the future as a result of the subject accident.  If so, whether such future medical expenses are reasonable and customary;

13. Whether Plaintiff's lost wages were caused by the subject accident and are attributable to Defendant's handling of his claim;

14. Whether Defendant's handling of Plaintiff's claim caused Plaintiff to lose enjoyment of his life;

15. Whether Defendant's handling of Plaintiff's claim will cause Plaintiff to lose enjoyment of

his life in the future;

16. Whether Defendant's handling of Plaintiff's claim caused Plaintiff to lose his ability to perform household services;

17. Whether Plaintiff is entitled to general damages, including pain and suffering, as a result of the subject accident and Defendant's handling of his claim;

18. Whether a genuine dispute existed as to the value of the plaintiff's claim so as to preclude a finding of bad faith;

19. Whether plaintiff suffered any damages as a result of defendant's decision on his claim;

20. Whether plaintiff suffered any damages as a result of defendant's alleged violation of NRS 686A.310(1)(e)

## VI.
## ISSUES OF LAW

The following are the issues of law to be tried and determined upon trial (each issues of law must be stated separately and in specific terms): None.

## VII.
## EXHIBITS

**(a) The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:**

None.

**(b) As to the following exhibits, the party against whom the same will be offered objects to their admission upon the grounds stated:**

1. **Plaintiff's Exhibits and Defendant's Objections thereto:**

| BATES NO. | DESCRIPTION | OBJECTIONS |
|---|---|---|
| SRDH0001-0063 | Records from St. Rose Dominican Hospital – San Martin | Foundation; Hearsay |
| CHBS0001-0018 | Records from Children's Bone & Spine Surgery | Foundation; Hearsay |
| DSVP0001-0038 | Records from Desert Valley Pediatrics | Foundation; Hearsay |
| SDMI0001- | Records from Steinberg Diagnostic | Foundation; Hearsay |

| | | |
|---|---|---|
| 0024 | Medical Imaging | |
| NOSC0001-0024 | Records from Nevada Orthopedic & Spine Center | Foundation; Hearsay |
| ATPT0001-0089 | Records from ATI Physical Therapy | Foundation; Hearsay |
| MSPT0001-0020 | Records from Matt Smith Physical Therapy | Foundation; Hearsay |
| GLAT0001-0057 | Records from Gary LaTourette, MD | Foundation; Hearsay; Relevance |
| HPVA0001-0028 | Records from Dr. Housecalls of Paradise Valley | Foundation; Hearsay |
| REPL0001-0014 | Records from Rehab Plus | Foundation; Hearsay |
| BABS0001-0005 | Records from Barrow Brain and Spine | Foundation; Hearsay |
| SPNC0001-0042 | Records from Sonoran Spine Center | Foundation; Hearsay |
| SSMC0001-0089 | Records from Honor Health – SSMC Shea Medical Center | Foundation; Hearsay |
| STMC0001-0037 | Records from Honor Health – STPMC Thompson Peak Medical Center | Foundation; Hearsay |
| IPSI0001-0015 | Records from Interventional Pain and Spine Institute | Foundation; Hearsay; Relevance |
| LVNI0001-0025 | Records from Las Vegas Neurosurgical Institute | Foundation; Hearsay; Relevance |
| INPC0001-0022 | Records from Integrated Pain Consultants | Foundation; Hearsay; Relevance |
| PSCE0001-0009 | Records from Physicians Surgical Center | Foundation; Hearsay |
| SIMI0001-0008 | Records from Simon Med Imaging | Foundation; Hearsay |
| PRME0001-0044 | Records from Prime Med | Foundation; Hearsay |
| PRMG0001-0022 | Records from ProCare Medical Group | Foundation; Hearsay |
| CRMC0001-0146 | Records from Chandler Regional Medical Center | Foundation; Hearsay |
| MVOS0001-0050 | Records from Mountain Vista Orthopedic Specialists | Foundation; Hearsay |
| AZSM0001-0004 | Records from AZ Sports Medicine | Foundation; Hearsay |
| PSPR0001-0033 | Records from Pro Sports Performance & Rehabilitation | Foundation; Hearsay |
| SRDH0064-0093 | Billing from St. Rose Dominican Hospital | Foundation; Hearsay |
| FRES0001 | Billing from Fremont Emergency Services | Foundation; Hearsay |

| | | |
|---|---|---|
| RANV0001-0002 | Billing from Radiology Associates of Nevada | Foundation; Hearsay |
| CHBS0019-0022 | Billing from Children's Bone & Spine Surgery | Foundation; Hearsay |
| DSVP0039-0043 | Billing from Desert Valley Pediatrics | Foundation; Hearsay |
| SDMI0025-0027 | Billing from Steinberg Diagnostic Medical Imaging | Foundation; Hearsay |
| NOSC0025-0026 | Billing from Nevada Orthopedic & Spine Center | Foundation; Hearsay |
| ATPT0090-0096 | Billing from ATI Physical Therapy | Foundation; Hearsay |
| MSPT0020 | Billing from Matt Smith Physical Therapy | Foundation; Hearsay |
| GLAT0058-0064 | Billing from Gary LaTourette, MD | Foundation; Hearsay; Relevance |
| HPVA0029-0035 | Billing from Dr. Housecalls of Paradise Valley | Foundation; Hearsay |
| REPL0015-0016 | Billing from Rehab Plus | Foundation; Hearsay |
| SSMC0090-0095 | Billing from Honor Health – SSMC Shea Medical Center | Foundation; Hearsay |
| BABS0006 | Billing from Barrow Brain & Spine | Foundation; Hearsay |
| SPNC0043-0048 | Billing from Sonoran Spine Center | Foundation; Hearsay |
| SSMC0038-0043 | Billing from Honor Health – STPMC Thompson Peak Medical Center | Foundation; Hearsay |
| SDES0001 | Billing from Scottsdale Emergency Associates | Foundation; Hearsay |
| IPSI0016 | Billing from Interventional Pain and Spine Institute | Foundation; Hearsay; Relevance |
| LVNI0026 | Billing from Las Vegas Neurosurgical Institute | Foundation; Hearsay; Relevance |
| WALP0001 | Billing from Walgreens Pharmacy | Foundation; Hearsay |
| INPC0023-0029 | Billing from Integrated Pain Consultants | Foundation; Hearsay |
| PSCE0010 | Billing from Physicians Surgical Center | Foundation; Hearsay |
| SMAS0001-0002 | Billing from Scottsdale Mobile C-Arm Services | Foundation; Hearsay |
| SIMI0009-0010 | Billing from Simon Med Imaging | Foundation; Hearsay |
| PRME0045-0046 | Billing from Prime Med | Foundation; Hearsay |
| PRMG0023-0026 | Billing from Procare Medical Group | Foundation; Hearsay |
| | Billing from Defining Elegancy | Foundation; Hearsay; Relevance |

| | | |
|---|---|---|
| DEDM0001 | Delivery Excellence Exquisite Massage & Wellness | |
| CRMC0147-0152 | Billing from Chandler Regional Medical Center | Foundation; Hearsay |
| MVOS0051-0058 | Billing from Mountain Vista Orthopedic Specialists | Foundation; Hearsay |
| AZSM0005 | Billing from AZ Sports Medicine | Foundation; Hearsay |
| PSPR0005-0023 | Billing from Pro Sports Performance & Rehabilitation | Foundation; Hearsay |

Plaintiff reserves the right to offer into evidence any exhibit timely and properly disclosed during discovery for the purpose of impeachment.

Plaintiff reserves the right to utilize and/or seek to publish and/or admit into evidence all deposition testimony, all affidavits filed or attached to any motion or pleading in this case, and all responses to discovery from any party in this case for purposes of impeachment.

Plaintiff reserves the right to offer into evidence any exhibit timely and properly disclosed during discovery for the purposes of rebuttal.

Plaintiff reserves the right to offer into evidence any exhibit offered by any other parties to this action.

In addition to the above objections:

a. Defendant reserves the right to make further objections regarding Plaintiff's proposed exhibits, including objections under FED. R. CIV. P. 402 and FED. R. CIV. P. 403.

b. Defendant further objects to the extent that any exhibits involve matters in violation of any orders of the Court.

c. Defendant reserves the right to supplement or amend its objections as exhibits are introduced and to the extent that additional documents/exhibits, if any, are identified.

d. Defendant objects to all disclosures which are not properly authenticated at the time of trial.

**Plaintiff's Use of Demonstrative Exhibits & Defendant's Objections:**

Plaintiff may offer, at trial, certain Exhibits for demonstrative purposes including, but not limited to the following:

1.	Demonstrative and charts relating to Plaintiff's damage claims;

2.	Story board and computer digitized power point images;

3.	Blow-ups/transparencies/digitized images of various records; and

4.	Plaintiff reserves the right to offer into evidence any exhibit timely and properly disclosed during discovery for the purpose of demonstration at trial. Additionally, Plaintiff reserves the right to offer into evidence any exhibit offered by any other parties to this action.

Defendant will offer objections in a timely fashion to demonstratives as applicable at the time of presentation as there are none expressly cited or produced as of the date of this proposed order.

**2.	Defendant's Exhibits and Plaintiff's Objections thereto:**

| BATES NO. | DESCRIPTION | PLAINTIFF'S OBJECTIONS |
|---|---|---|
| CF-000001 – CF002025 | Redacted Claims File | Authentication [FED. R. EVID. 901]<br>Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403]<br>Calls for Expert Testimony [FED. R. EVID. 702] |
| SFSMR000001-48 | Medical Records from Desert Valley Pediatrics for Thomas Sipan | Authentication [FED. R. EVID. 901]<br>Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| SFSMR000049-110 | Medical records from Gary J. La Tourette, M.D. for Thomas Sipan | Authentication [FED. R. EVID. 901]<br>Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |

| BATES NO. | DESCRIPTION | PLAINTIFF'S OBJECTIONS |
|---|---|---|
| SFSMR000110-118 | Medical records from Nevada Orthopedic & Spine Center for Thomas Sipan | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| SFSMR000119-155 | Medical records from Doctor Housecalls of Paradise Valley for Thomas Sipan | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| SFSMR000156-193 | Medical records from Sonoran Spine Center for Thomas Sipan | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| SFSMR000194-216 | Medical records from Interventional Pain and Spine | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| | Transcript of the deposition of Jeffrey Stempel, taken October 12, 2018, in the matter Ethan Alan Adair v. State Farm Mutual Automobile Insurance Company, case number 2:17-cv-00421-RFB-DJA, filed in the United States District Court, District of Nevada. | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| | Youtube video titled "Lil Honda - Dreamboat featuring Christian Nebula - official music video", available at the following URL: https://www.youtube.com/watch?v=SJ78rn9qH5c | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| | Youtube video titled "Lil Honda & Lil Raceway - Live in Las Vegas (Recap) shot by @ReelBump, available at the following URL: https://www.youtube.com/watch?v=sMTxIqIiEJY | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802]<br>Relevance / Prejudicial [FED. R. EVID. 402-403] |
| | Youtube video titled "Lil Honda - Smile Official Music Video" available at the following URL: https://www.youtube.com/watch?v=AozUBwYxPCk | Foundation [FED. R. EVID. 602]<br>Hearsay [FED. R. EVID. 802] |

| BATES NO. | DESCRIPTION | PLAINTIFF'S OBJECTIONS |
|---|---|---|
| | | Relevance / Prejudicial [FED. R. EVID. 402-403] |

**(c) Whether the parties intend to present electronic evidence for purposes of jury deliberations:**

The parties will submit electronic evidence to the jury for utilization in the jury room during their deliberations.

**Defendant's Use of Demonstrative Exhibits & Plaintiff's Objections:**

Defendant intends to offer demonstratives that may include diagrams, charts, lists, and other presentation aids in presenting its case to the jury.

**Other Agreements Regarding Exhibits:**

With the exception of exhibits to be used solely for impeachment, the parties request that each evening by 8:00 p.m., they will exchange the exhibits that they plan to use the following day so that any exhibit disputes/objections can be addressed by the Court each morning before trial resumes. In addition, the parties will identify each witness that they intend to call at trial not less than 24 hours prior to calling each witness to testify. The failure to abide by these deadlines does not preclude either party from moving for the admission of other exhibits and/or calling a different witness when such timeline cannot be abided by.

**Depositions:**

None to be offered save for impeachment purposes or in the event of the unavailability of the witness.

**(d) Objections to Depositions:**

None

# VIII.
# WITNESSES

The following witnesses may be called upon by the parties at trial:

    **(a)**    <u>**Plaintiff's Witnesses:**</u>

1. THOMAS SIPAN
   c/o Paul D. Powell, Esq.
   The Powell Law Firm
   8918 Spanish Ridge Avenue, Suite 100
   Las Vegas, Nevada 89148

2. The Person Most Knowledgeable
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
   c/o Benjamin Carman, Esq.
   Carman Cooney Forbush, PLLC
   4045 Spencer Street, Suite A47
   Las Vegas, Nevada 89119

3. Peter Sowell
   Claim Specialist
   c/o State Farm Mutual Automobile Insurance Company
   P.O. Box 106171
   Atlanta, Georgia 30348-6171

4. Clayton Ande
   Former Claim Specialist, State Farm Mutual Automobile Insurance Company

5. Jenny Lin
   Claim Specialist
   c/o State Farm Mutual Automobile Insurance Company
   P.O. Box 106171
   Atlanta, Georgia 30348

6. Roderick Ballelos, MD
   Person Most Knowledgeable and/or
   Custodian of Records
   St. Rose Dominican Hospital – San Martin Campus
   8280 W. Warm Springs Road
   Las Vegas, Nevada 89113

7. Roderick Ballelos, MD
   Person Most Knowledgeable and/or
   Custodian of Records
   Fremont Emergency Services
   P.O. Box 638972
   Cincinnati, Ohio

8. Dana Murakami, MD
   Person Most Knowledgeable and/or
   Custodian of Records
   Radiology Associates of Nevada
   5945 S. Rainbow Boulevard
   Las Vegas, Nevada 89118

9. Jason Nielson, MD
   Person Most Knowledgeable and/or
   Custodian of Records
   Children's Bone & Spine Surgery
   9050 W. Cheyenne Avenue, Suite 110
   Las Vegas, Nevada 89129

10. Jacqueline Perez-Tselikis, MD
    Person Most Knowledgeable and/or
    Custodian of Records
    Desert Valley Pediatrics
    10105 Banburry Cross Drive, Suite 370
    Las Vegas, Nevada 89144

11. Daniel Zurcher, MD
    Stephen Chen, MD
    Ho Nguyen, MD
    Ricardo Linares, MD
    Person Most Knowledgeable and/or
    Custodian of Records
    Steinberg Diagnostic Medical Imaging
    6925 N. Durango Drive
    Las Vegas, Nevada 89149

12. Michael Thomas, MD
    Person Most Knowledgeable and/or
    Custodian of Records
    Nevada Orthopedic & Spine Center
    7455 W. Washington Avenue, Suite 160
    Las Vegas, Nevada 89128

13. Michael McKay, PT
    Person Most Knowledgeable and/or
    Custodian of Records
    ATI Physical Therapy
    3155 W. Craig Road, Suite 120 & 130
    North Las Vegas, Nevada 89032

14. Jared Morasco, PT
    Eleni Metros, PT
    Person Most Knowledgeable and/or
    Custodian of Records
    Matt Smith Physical Therapy
    8551 W. Lake Mead Boulevard, Suite 170
    Las Vegas, Nevada 89128

15.    Gary LaTourette, M.D.

        Person Most Knowledgeable and/or
Custodian of Records
2100 Pinto Lane
Las Vegas, Nevada 89106

16. Steven Lipsky, M.D.
Person Most Knowledgeable and/or
Custodian of Records
Dr. Housecalls of Paradise Valley
6721 N. 62nd Street
Paradise Valley, Arizona 85253

17. Seth Robinson, PTA
Steven Thomas, PT
Person Most Knowledgeable and/or
Custodian of Records
Rehab Plus
4201 E. Thomas Road
Phoenix, Arizona

16. Person Most Knowledgeable and/or
Custodian of Records
Southwest Diagnostic Imaging
2323 W. Rose Garden Lane
Phoenix, Arizona 85027

17. Tyler Gasser, MD
Person Most Knowledgeable and/or
Custodian of Records
Scottsdale Medical Imaging
Mountain View Hospital
9220 W. Mountain View, Suite 100
Scottsdale, Arizona 85258

18. Frederick Marciano, MD
Person Most Knowledgeable and/or
Custodian of Records
Barrow Brain and Spine
2910 N. 3rd Avenue
Phoenix, Arizona 85013

19. Lyle Christopher Young, MD
Person Most Knowledgeable and/or
Custodian of Records
Sonoran Spine Center
1255 W. Rio Salado Parkway, Suite 107
Tempe, Arizona 85281

20. Kurt Solem, MD

Person Most Knowledgeable and/or
Custodian of Records
2100 Pinto Lane
Las Vegas, Nevada 89106

16. Steven Lipsky, M.D.
Person Most Knowledgeable and/or
Custodian of Records
Dr. Housecalls of Paradise Valley
6721 N. 62nd Street
Paradise Valley, Arizona 85253

17. Seth Robinson, PTA
Steven Thomas, PT
Person Most Knowledgeable and/or
Custodian of Records
Rehab Plus
4201 E. Thomas Road
Phoenix, Arizona

16. Person Most Knowledgeable and/or
Custodian of Records
Southwest Diagnostic Imaging
2323 W. Rose Garden Lane
Phoenix, Arizona 85027

17. Tyler Gasser, MD
Person Most Knowledgeable and/or
Custodian of Records
Scottsdale Medical Imaging
Mountain View Hospital
9220 W. Mountain View, Suite 100
Scottsdale, Arizona 85258

18. Frederick Marciano, MD
Person Most Knowledgeable and/or
Custodian of Records
Barrow Brain and Spine
2910 N. 3rd Avenue
Phoenix, Arizona 85013

19. Lyle Christopher Young, MD
Person Most Knowledgeable and/or
Custodian of Records
Sonoran Spine Center
1255 W. Rio Salado Parkway, Suite 107
Tempe, Arizona 85281

20. Kurt Solem, MD

|   |   |   |
|---|---|---|
|   |   | Megan Hoover, PA-C<br>Person Most Knowledgeable and/or<br>Custodian of Records<br>Honor Health<br>SSMC Shea Medical Center<br>9003 E. Shea Boulevard<br>Scottsdale, Arizona 85255 |
|   | 21. | Lyle Christopher Young, MD<br>Amarjyot Gill, MD<br>Person Most Knowledgeable and/or<br>Custodian of Records<br>Honor Health<br>STPMC Thompson Peak Medical Center<br>7400 E. Thompson Peak Parkway<br>Scottsdale, Arizona 85255 |
|   | 22. | Kurt Solem, MD<br>Person Most Knowledgeable and/or<br>Custodian of Records<br>Scottsdale Emergency Associates<br>P.O. Box 98601<br>Las Vegas, Nevada 89193 |
|   | 23. | Jorg Rosler, Md<br>Andrew Hall, MD<br>Person Most Knowledgeable and/or<br>Custodian of Records<br>Interventional Pain and Spine Institute<br>851 S. Rampart Boulevard, Suite 100<br>Las Vegas, Nevada 89145 |
|   | 24. | Jason Garber, MD<br>Person Most Knowledgeable and/or<br>Custodian of Records<br>Las Vegas Neurosurgical Institute<br>3012 S. Durango Drive<br>Las Vegas, Nevada 89117 |
|   | 25. | Person Most Knowledgeable and/or<br>Custodian of Records<br>Walgreens Pharmacy<br>1901 E. Vorhees Street<br>Danville, Illinois 61834 |
|   | 26. | Nikesh Seth, MD<br>Emily Tyler, ACNP<br>Person Most Knowledgeable and/or |

|   |   |
|---|---|
| 1 | Custodian of Records |
| 2 | Integrated Pain Consultants |
|   | 7417 N. Via Del Norte, Suite 161 |
| 3 | Scottsdale, Arizona 85258 |

27. Nikesh Seth, MD
    Person Most Knowledgeable and/or
    Custodian of Records
    Physicians Surgical Center
    7102 E. Acoma Drive
    Scottsdale, Arizona 85016

28. Person Most Knowledgeable and/or
    Custodian of Records
    Scottsdale Mobile C-Arm Services
    1934 E. Camelback Road, Suite 120-301
    Phoenix, Arizona 85016

29. B. Todd Curtis, MD
    James Murphy, MD
    Travis Scharnweber, MD
    Tadesse Eshetu, MD
    Person Most Knowledgeable and/or
    Custodian of Records
    Simon Med Imaging – Fashion Square
    6740 E. Camelback Road, Suite 100
    Scottsdale, Arizona 85251

31. Franco M. Lee, MD
    Person Most Knowledgeable and/or
    Custodian of Records
    Prime Med
    5741 S. Fort Apache Road, Suite 120
    Las Vegas, Nevada 89148

32. Sang D. Tran, MD
    Joel Lin, DO
    Person Most Knowledgeable and/or
    Custodian of Records
    Procare Medical Group
    6870 S. Rainbow Boulevard, Suite 106-107
    Las Vegas, Nevada 89118

33. Beverly Last Name Unknown
    Jennifer Wime
    Person Most Knowledgeable and/or
    Custodian of Records
    Defining Elegance Delivery Excellence Exquisite Massage & Wellness
    555 W. Beech Street, Suite 500

|   |   |   |
|---|---|---|
| 1 | | San Diego, California 92101 |
| 2 | 34. | Person Most Knowledgeable and/or |
| 3 | | Custodian of Records |
| | | Chandler Regional Medical Center |
| 4 | | 1955 West Frye Road |
| 5 | | Chandler, Arizona 85224 |
| 6 | 35. | Gary LaTourette, M.D. |
| | | Harvey Smith, PA-C |
| 7 | | Person Most Knowledgeable and/or |
| 8 | | Custodian of Records |
| | | Mountain Vista Orthopedic Specialists |
| 9 | | 6301 S. Mountain Vista, Suite 204 |
| 10 | | Henderson, Nevada 89014 |
| 11 | 36. | Erik Dean, D.O. |
| | | Person Most Knowledgeable and/or |
| 12 | | Custodian of Records |
| 13 | | AZ Sports Medicine |
| | | 8630 East Via De Ventura Boulevard, Suite 105 |
| 14 | | Scottsdale, Arizona 85258 |
| 15 | 37. | Troy Meiners, PT, ATC, SCS, CSCS |
| 16 | | Person Most Knowledgeable and/or |
| | | Custodian of Records |
| 17 | | Pro Sports Performance and Rehab |
| 18 | | 8630 E. Via de Ventura, Suite 101 |
| | | Scottsdale, Arizona 85258 |
| 19 | 38. | Jeffrey W. Stempel |
| 20 | | Doris S. & Theodore B. Lee Professor of Law |
| | | William S. Boyd School of Law |
| 21 | | University of Nevada, Las Vegas |
| 22 | | 4505 South Maryland Parkway – Box 451003 |
| | | Las Vegas, Nevada 89154 |
| 23 | 39. | Jason E. Garber, M.D., FAANS, FACS |
| 24 | | Las Vegas Neurosurgical Institute |
| 25 | | 3012 South Durango Drive |
| | | Las Vegas, Nevada 89117 |
| 26 | | |
| 27 | 40. | Any claims adjuster that worked on the claims file |
| | | c/o State Farm Mutual Automobile Insurance Company |
| 28 | | P.O. Box 106171 |
| | Atlanta, Georgia 30348-6171 | |

  **(B)**  **Defendant's witnesses:**

  1. Thomas Sipan
    c/o Paul D. Powell, Esq.
    THE POWELL LAW FIRM
    8918 Spanish Ridge Ave. #100
    Las Vegas, NV 89148
    Tel: 702.728.5500

  2. Clayton Ande
4336 Cashmere Drive NE
Lacy, WA 98516

  3. Michael Hyland
    c/o Carman Cooney Forbush PLLC
    4045 Spencer Street Suite A47
Las Vegas, NV 89119

  4. Darilyn D. David
    c/o Claims Resource Management, Inc.
    33345 Santiago Rd.
  Acton, CA 93510

  5. Dr. William Salyer
    c/o OrthoArizona
    3033 N. 44th Street, Suite 100
    Phoenix, AZ 85018

  6. Dr. Lyle Young
2557 S. Valvista Drive, Suite 103
    Gilbert, AZ 85295

  7. Jennifer Lin
    c/o Carmon Cooney Forbush PLLC
    4045 Spencer Street Suite A47
    Las Vegas, Nevada 89119

## IX.
## TRIAL DATE

The attorneys or parties have met and jointly offer these three trial dates:

1.  October 17, 2022

2.	November 14, 2022

3.	January 9, 2023

It is expressly understood by the undersigned that the court will set the trial of this matter on one of the agreed upon dates, if possible. If not, the trial will be set at the convenience of the Court's calendar.

## X.
## LENGTH OF TRIAL

It is estimated that the trial herein will take a total of 7-10 full days.

| | |
|---|---|
| Dated March 23, 2022. | Dated March 23, 2022. |
| The Powell Law Firm | Carman Cooney Forbush PLLC |
| /s/ Tom W. Stewart | /s/ Benjamin J. Carman |
| Tom W. Stewart (14280) | Benjamin J. Carman (12565) |
| Attorney for Plaintiff | Attorney for the Defendant |

## XI.
## ACTION BY THE COURT

This case is set for jury trial on the fixed / stacked calendar on  February 5, 2024 at 8:30 am in LV 7C. Calendar call will be held on January 30, 2024 at 1:30 pm in LV 7C            .

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE


DATED:  March 30, 2023