BENJAMIN J. CARMAN, ESQ.
NV Bar # 12565
ROBERT T. HERNANDEZ, ESQ.
NV Bar # 13892
CARMAN COONEY FORBUSH PLLC
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SIPAN, individually,<br><br>   Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X,<br><br>   Defendants | 2:19-cv-00604-RFB-DJA<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY** |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that, effectively immediately, the handling attorney on this matter for CARMAN COONEY FORBUSH PLLC will be Sean D. Cooney as stated above. Sean D. Cooney shall also be lead attorney and designated as the counsel for service in this matter.

1  Please take further notice that Benjamin J. Carman, previously lead trial
2  counsel in this matter, will no longer be with the firm.  State Farm anticipates
3  filing a proper stipulation to remove Mr. Carman from the service list, and a formal
4  withdrawal of representation.

DATED November 29, 2023.

CARMAN COONEY FORBUSH PLLC

By  /s/Sean D. Cooney
SEAN D. COONEY, ESQ.
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

IT IS THEREFORE ORDERED that the motion (ECF No. 46) is GRANTED.  The Clerk of Court is kindly directed to remove attorney Benjamin J. Carman, Esq. from the service list in this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 6, 2024

CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on November 29, 2023, I caused to be served via CM/ECF a true and correct copy of the document described herein.

Document Served:

**NOTICE OF CHANGE OF HANDLING ATTORNEY**

Person(s) Served:

Paul D. Powell, Esq.
Jared C. Powell, Esq.
Tom Stewart, Esq.
The Powell Law Firm
8918 Spanish Ridge Ave.,
Suite 100
Las Vegas, NV 89148
Attorney for Plaintiff,
Thomas Sipan

/s/Brittany Turner
_____
CARMAN COONEY FORBUSH PLLC