ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Email: Frank.Toddre@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance*
*Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| THOMAS SIPAN, individually, | CASE NO.: 2:19-cv-00604-RFB-DJA |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS - DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X, | |
| Defendants. | |

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY hereby substitutes LEWIS BRISBOIS BISGAARD & SMITH LLP as sole counsel of record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in place and stead of CARMAN COONEY FORBUSH PLLC.

Dated this __ day of _____, 2024.

Christopher Sung
Digitally signed by Christopher Sung
Date: 2024.06.21 09:12:28 -05'00'

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

LEWIS
BRISBOIS

140867738.1

1

<u>**CONSENT TO SUBSTITUTION**</u>

2

Sean D. Cooney, Esq. hereby agrees and consents to the substitution of Robert W. Freeman,

3 Esq., and Frank A. Toddre, II, of LEWIS BRISBOIS BISGAARD & SMITH LLP as sole counsel of

4 record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in the

5 above-entitled action.

6

Dated this 3rd day of June, 2024.

7

CARMAN COONEY FORBUSH PLLC.

8

9

10

SEAN D. COONEY
Nevada Bar No. 12945
4045 Spencer Street, Suite A47
Las Vegas, Nevada 88119
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

11

12

13

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

LEWIS
BRISBOIS

140867738.1                                         2

1   / / /

2   / / /

3                    **ACCEPTANCE OF SUBSTITUTION**

4          Robert W. Freeman, Esq., and Frank A. Toddre, Esq. of LEWIS BRISBOIS BISGAARD &

5   SMITH LLP hereby accept the substitution as sole counsel of record for Defendant STATE FARM

6   MUTUAL AUTOMOBILE INSURANCE COMPANY in the above-entitled action.

7          DATED this __21st__ day of __June__, 2024.

8                              LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10                     By      _/s/ Robert W. Freeman_

11                             ROBERT W. FREEMAN
                               Nevada Bar No. 3062
                               FRANK A. TODDRE, II

12                             Nevada Bar No. 11474
                               6385 S. Rainbow Boulevard, Suite 600

13                             Las Vegas, Nevada 89118
                               Attorneys for Defendant

14                             *State Farm Mutual Automobile Insurance
                               Company*

15

16

17          IT IS SO ORDERED.

18          DATED this 24th day of June 2024.

19

20                      _____

21                      DANIEL J. ALBREGTS
                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2     I HEREBY CERTIFY that on the 21st day of June____, 2024, I electronically filed the

3 **SUBSTITUTION OF ATTORNEYS - DEFENDANT STATE FARM MUTUAL**

4 **AUTOMOBILE INSURANCE COMPANY** with the Clerk of the Court through Case

5 Management/Electronic Filing System.

6

7

8 PAUL D. POWELL
Nevada Bar No. 7488

9 TOM W. STEWART
Nevada Bar No. 14280

10 8918 Spanish Ridge Ave., Suite 100

11 Las Vegas, Nevada 89148
Telephone: 702-728-5500

12 Fax: 702-728-5501
paul@tplf.com

13 tom@tplf.com

14 *Attorneys for Plaintiff*

15 SEAN D. COONEY
Nevada Bar No. 12945

16 ROBERT T. HERNANDEZ
Nevada Bar No. 13892

17 CARMAN COONEY FORBUSH PLLC

18 4045 Spencer Street Suite A47
Las Vegas, NV 89119

19 Telephone: (702) 421-0111
Facsimile: (702) 516-1033

20 service@ccfattorneys.com

21 Attorneys for Defendant
*State Farm Mutual Automobile Insurance Company*

22

23

24              By   /s/ Jeannette Versoza

25                   An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

26

27

28