ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
FRANK A. TODDRE, II
Nevada Bar No. 11474
Email: Frank.Toddre@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| THOMAS SIPAN, individually, | CASE NO.: 2:19-cv-00604-RWB-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, individually, DOES I-X, and ROE CORPORATIONS I-X, | |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED between Plaintiff THOMAS SIPAN ("Plaintiff"), by and through his counsel, THE POWELL LAW FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of

/ / /

/ / /

/ / /

/ / /

/ / /

145182720.1

1  action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party
2  to bear their own attorney's fees and costs.

3  DATED this 9th day of October, 2024.          DATED this 9th day of October, 2024.

4  LEWIS BRISBOIS BISGAARD & SMITH LLP      THE POWELL LAW FIRM

5   */s/ Frank A. Toddre, II*                                */s/ Tom W. Stewart*
6  ROBERT W. FREEMAN                                PAUL D. POWELL
   Nevada Bar No. 3062                                   Nevada Bar No. 7488
7  FRANK A. TODDRE, II                                TOM W. STEWART
   Nevada Bar No. 11474                                  Nevada Bar No. 14280
8  6385 S. Rainbow Boulevard, Suite 600          8918 Spanish Ridge Ave., Suite 100
9  Las Vegas, Nevada 89118                           Las Vegas, Nevada 89148
   *Attorneys for Defendant STATE FARM*           *Attorneys for Plaintiff Thomas Sipan*
10 *MUTUAL AUTOMOBILE INSURANCE*
   *COMPANY*

## ORDER

**IT IS SO ORDERED.**

Dated this 9th day of October, 2024.

_____
**UNITED STATES DISTRICT JUDGE**

145182720.1                              2